UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUIS UMANA,<br><br>        Plaintiff,<br><br>   v.<br><br>J. ANTONIO, et al.,<br><br>        Defendant(s). | No. CV 08-595-GW (AGR)<br><br>**JUDGMENT** |

    Pursuant to the order adopting the magistrate judge's report and recommendation,

    IT IS ADJUDGED that judgment is entered in favor of Defendant Abramson with prejudice and in favor of Defendants Antonio, Bishay, Duong, Gupta, Leong, Ronnau, Cena, and Smith without prejudice.

DATED: October 25, 2009

                                                GEORGE H. WU<br>
                                    UNITED STATES DISTRICT JUDGE